IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANSON O.C. FRAZIER, | No. 2:12-CV-0343-LKK-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| M.D. BITER, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner seeks a stay-and-abeyance order (Doc. 18) to allow the state court to consider a claim already raised in the state court in light of Lafler v. Cooper, 132 S.Ct. 1376 (2012). According to petitioner, Lafler announced a new rule of constitutional law with respect to the assistance counsel must give in connection with plea bargains. Petitioner is incorrect. In Lafler, the Supreme Court did not announce any new rule but merely applied the existing well-established framework of Strickland v. Washington, 466 U.S. 668 (1984). In short, there is nothing new for the state court to consider and, thus, a stay of these proceedings is not warranted.

///

1

Petitioner also seeks an order (Doc. 19) directing respondent to serve upon him the state court records lodged with the court at the time respondent filed his answer to the petition. Petitioner cites Rule 5 of the Federal Rules Governing Section 2254 Cases in support of his argument. Nothing in that rule, however, requires respondent to serve petitioner with a separate copy of state court records lodged with the court. Rather, the rule requires that all state court records be furnished to the court.

Finally, petitioner seeks an extension of time to file a traverse (Doc. 20). Good cause appearing therefor, this request will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion to stay these proceedings (Doc. 18) is denied;

2. Petitioner's motion for an order directing respondent to serve upon him copies of documents lodged with the court (Doc. 19) is denied;

3. Petitioner's motion for an extension of time (Doc. 20) is granted; and

4. Petitioner may file a traverse within 30 days of the date of this order.

DATED: August 8, 2012

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE