1

2

3

4

5

6

7

8           **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 SANSON O.C. FRAZIER,            No. 2:12-CV-0343-LKK-CMK-P

12          Petitioner,

13       vs.                <u>ORDER</u>

14 M.D. BITER,

15          Respondent.

16 _____/

17        Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of

18 habeas corpus pursuant to 28 U.S.C. § 2254.

19        Petitioner seeks a stay-and-abeyance order (Doc. 18) to allow the state court to

20 consider a claim already raised in the state court in light of <u>Lafler v. Cooper</u>, 132 S.Ct. 1376

21 (2012).  According to petitioner, <u>Lafler</u> announced a new rule of constitutional law with respect

22 to the assistance counsel must give in connection with plea bargains.  Petitioner is incorrect.  In

23 <u>Lafler</u>, the Supreme Court did not announce any new rule but merely applied the existing well-

24 established framework of <u>Strickland v. Washington</u>, 466 U.S. 668 (1984).  In short, there is

25 nothing new for the state court to consider and, thus, a stay of these proceedings is not warranted.

26 / / /

1       Petitioner also seeks an order (Doc. 19) directing respondent to serve upon him

2   the state court records lodged with the court at the time respondent filed his answer to the

3   petition.  Petitioner cites  Rule 5 of the Federal Rules Governing Section 2254 Cases in support

4   of his argument.  Nothing in that rule, however, requires respondent to serve petitioner with a

5   separate copy of state court records lodged with the court.  Rather, the rule requires that all state

6   court records be furnished to the court.

7       Finally, petitioner seeks an extension of time to file a traverse (Doc. 20).  Good

8   cause appearing therefor, this request will be granted.

9       Accordingly, IT IS HEREBY ORDERED that:

10       1.    Petitioner's motion to stay these proceedings (Doc. 18) is denied;

11       2.    Petitioner's motion for an order directing respondent to serve upon him

12   copies of documents lodged with the court (Doc. 19) is denied;

13       3.    Petitioner's motion for an extension of time (Doc. 20) is granted; and

14       4.    Petitioner may file a traverse within 30 days of the date of this order.

15

16   DATED:  August 8, 2012

17

18                                    _____
                                     **CRAIG M. KELLISON**
19                                    UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26