1
2
3
4
5
6
7            **IN THE UNITED STATES DISTRICT COURT**

8          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

9

10   SAMSON O.C. FRAZIER,                    No. 2:12-CV-0343-KJM-CMK-P

11                  Petitioner,

12          vs.                                      ORDER

13   M.D. BITER,

14                  Respondent.

15   _____/

16          Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's "Motion for

18   Reconsideration" (Doc. 31).  In his motion, petitioner asks the court to reconsider the matter in

19   light of the District Judge's March 4, 2014, order remanding the matter to the Magistrate Judge

20   for further review of Grounds 2 and 5.  Because the District Judge has already remanded the

21   matter for further review, petitioner's motion is denied as unnecessary.

22          IT IS SO ORDERED.

23    DATED: September 22, 2015

24                                          _____
                                            **CRAIG M. KELLISON**
25                                          UNITED STATES MAGISTRATE JUDGE

26

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26